IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEREMY GREY**                                                                 PLAINTIFF

v.                              No. 2:24-cv-133-DPM

**GUARANTY LOAN &
REAL ESTATE CO.**                                                          DEFENDANT

## ORDER

Motion, *Doc. 14*, granted for good cause. The case is stayed until 21 March 2025. Joint status report on all issues due by 14 February 2025. So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 January 2025