IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JEREMY GREY                                                              PLAINTIFF

v.                        No. 2:24-cv-133-DPM

GUARANTY LOAN &
REAL ESTATE CO.                                                        DEFENDANT

## JUDGMENT

Grey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2025